**Fill in this information to identify the case:**

Debtor 1 _____Paul A. Jones_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Virginia

Case number ___17-31073-KLP_____

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S Bank Trust N.A., et al            **Court claim no.** (if known): 16-1

**Last 4 digits** of any number you use to identify the debtor's account:   3   2   6   1

**Date of payment change:**
Must be at least 21 days after date of this notice                01/01/2019

**New total payment:**
Principal, interest, and escrow, if any          $        1,380.06

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ _____259.25_____    New escrow payment: $ _____259.25_____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Paul A. Jones | | | Case number *(if known)* | 17-31073-KLP |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michael J. Egan _____     Date  12/03/2018
    Signature

| Print: | Michael | J. | Egan | | Title | Bankruptcy Asset Manager |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Company | SN Servicing Corporation |
|---|---|

| Address | 323 5th Street |
|---|---|
| | Number           Street |
| | Eureka                                    CA      95501 |
| | City                                          State       ZIP Code |

| Contact phone | 800-603-0836 | | Email | bknotices@snsc.com |
|---|---|---|---|---|

SN Servicing Corporation                    Final
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: November 30, 2018

PAUL A JONES                                                Loan:
CASSANDRA F JONES
3857 STOWE DR                          Property Address:
RICHMOND VA 23234                      3857 STOWE DRIVE
                                       RICHMOND, VA 23234

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Dec 2018 to Dec 2018. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jan 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 1,120.81 | 1,120.81 |
| Escrow Payment: | 259.25 | 259.25 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,380.06 | $1,380.06 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2018 |
| Escrow Balance: | 1,959.00 |
| Anticipated Pmts to Escrow: | 259.25 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $2,218.25 |

| Date | Payments to Escrow | | Payments From Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Anticipated | Actual | Anticipated | Actual | | Required | Actual |
| | | | | | Starting Balance | 1,959.00 | 1,959.00 |
| Dec 2018 | 259.25 | | | * | | 2,218.25 | 1,959.00 |
| | | | | | Anticipated Transactions | 2,218.25 | 1,959.00 |
| Dec 2018 | | 259.25 | | | | | 2,218.25 |
| | $259.25 | $259.25 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $0.00. Under Federal law, your lowest monthly balance should not have exceeded $518.50 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Page 1

SN Servicing Corporation                          Final
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  November 30, 2018

PAUL A JONES                                                        Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
|------|----------|------------|-------------|-------------|----------|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 2,218.25 | 2,218.25 |
| Jan 2019 | 259.25 | 807.00 | Homeowners Policy | 1,670.50 | 1,670.50 |
| Jan 2019 | | 1,152.00 | City/Town Tax | 518.50 | 518.50 |
| Feb 2019 | 259.25 | | | 777.75 | 777.75 |
| Mar 2019 | 259.25 | | | 1,037.00 | 1,037.00 |
| Apr 2019 | 259.25 | | | 1,296.25 | 1,296.25 |
| May 2019 | 259.25 | | | 1,555.50 | 1,555.50 |
| Jun 2019 | 259.25 | 1,152.00 | City/Town Tax | 662.75 | 662.75 |
| Jul 2019 | 259.25 | | | 922.00 | 922.00 |
| Aug 2019 | 259.25 | | | 1,181.25 | 1,181.25 |
| Sep 2019 | 259.25 | | | 1,440.50 | 1,440.50 |
| Oct 2019 | 259.25 | | | 1,699.75 | 1,699.75 |
| Nov 2019 | 259.25 | | | 1,959.00 | 1,959.00 |
| Dec 2019 | 259.25 | | | 2,218.25 | 2,218.25 |
| | $3,111.00 | $3,111.00 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of $518.50.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed $518.50 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $2,218.25.  Your starting balance (escrow balance required) according to this analysis should be $2,218.25.  Your Escrow account has neither a shortage or a surplus.

We anticipate the total of your coming year bills to be $3,111.00.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 259.25 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $259.25 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

1   Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
2   LAW OFFICES OF MICHELLE GHIDOTTI
    1920 Old Tustin Ave.
3   Santa Ana, CA 92705
    Ph:  (949) 427-2010
4   Fax: (949) 427-2732
    mghidotti@ghidottilaw.com
5
6   Attorney for Creditor
    U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust
7
                    UNITED STATES BANKRUPTCY COURT
8            EASTERN DISTRICT OF VIRGINIA– RICHMOND DIVISION
9
    In Re:                              )   CASE NO.:  17-31073
10                                      )
    Paul A. Jones,                      )   CHAPTER 13
11                                      )
            Debtors.                    )   **CERTIFICATE OF SERVICE**
12                                      )
13                                      )
                                        )
14                                      )
                                        )
15                                      )
                                        )
16                                      )
                                        )
17   _____)
18
19              <u>**CERTIFICATE OF SERVICE**</u>
20
21       I am employed in the County of Orange, State of California.  I am over the age of
22   eighteen and not a party to the within action.  My business address is: 1920 Old Tustin
23   Avenue, Santa Ana, CA 92705.
24       I am readily familiar with the business's practice for collection and processing of
25   correspondence for mailing with the United States Postal Service; such correspondence would
26   be deposited with the United States Postal Service the same day of deposit in the ordinary
27   course of business.
28   On December 6, 2018 I served the following documents described as:

        • **NOTICE OF MORTGAGE PAYMENT CHANGE**

                                    1

on the interested parties in this action by  placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Paul A. Jones | Yvonne Cochran |
| 3857 Stowe Drive | Cochran Law Firm, PC |
| Richmond, VA 23234 | 4509 W. Broad Street |
| | Richmond, VA 23230 |
| **Chapter 13 Trustee** | |
| Suzanne E. Wade | |
| P.O. Box 1780 | |
| Richmond, VA 23218-1780 | |

__xx____(By First  Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on December 6, 2018 at Santa Ana, California

/s / Lauren Simonton
Lauren Simonton

2
CERTIFICATE OF SERVICE